RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax
Brenda_Weksler@fd.org

Attorney for JOSEPH DARYL YOUNG

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH DARYL YOUNG,<br><br>　　　　　Defendant. | Case No. 2:14-cr-323-GMN-NJK<br><br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for JOSEPH DARYL YOUNG, that the Sentencing Hearing currently scheduled on October 27, 2016 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner twenty one (21) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Parties will be litigating Taylor issues which appear to be questions of first impression.

　　　　2.　　Under the proposed stipulation, the defense will be filling its objections by October 21, 2016 and the Government will file its Response by November 3, 2016.

　　　　3.　　The defendant is in custody and agrees with the continuance.

　　　　4.　　The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 4th day of January, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By /s/ *Brenda Weksler*<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | By */s/ Phillip N. Smith, Jr.*<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH DARYL YOUNG,<br><br>　　　　　　Defendant. | Case No. 2:14-cr-323-GMN-NJK<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, October 27, 2016 at 9:00 a.m., be vacated and continued to  November 17, 2016  at the hour of   10:30   a.m.

DATED this   24   day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE