UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

MAY - 9 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| vs. | : | District No. 2:14-cr-323-GMN-NJK |
| Joseph Daryl Young, | : | |
| Defendant. | : | |
| _____ | : | |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

On February 10, 2017, this court received a transcript order form dated February 10, 2017, requesting the transcript of a hearing held on February 2, 2017, from Wendi Overmeyer, counsel for defendant , in which a portion of the hearing is sealed.

IT IS THE ORDER OF THE COURT that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by defendant's counsel.

IT IS FURTHER ORDERED that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

IT IS FURTHER ORDERED that defendant's counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this ____ day of ____ 2017

_____

GLORIA M. NAVARRO

United States District Chief Judge