FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 3 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:14-cr-00323-GMN-NJK-1 |
| vs. ) | |
| ) | **ORDER** |
| JOSEPH DARYL YOUNG, ) | |
| ) | |
| Defendant. ) | |

On September 3, 2019, the Court held a Revocation of Supervised Release Hearing, (See Minutes, ECF No. 91). At that time, the Court approved the Defendant's request to remain in residence at a halfway house for a period of up to ninety (90) days.

Accordingly,

**IT IS HEREBY ORDERED** that the Residential Reentry Center shall locate a bed for Defendant Joseph Daryl Young for a period of up to ninety (90) days.

**DATED** this 3 day of September, 2019.

_____
Gloria M. Navarro, Judge
United States District Court