RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Joseph Daryl Young

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH DARYL YOUNG,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00323-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Joseph Daryl Young, that the Revocation Hearing currently scheduled on May 1, 2023 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel requires additional time to prepare, investigate, and discuss the case with her client.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 21st day of April 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH DARYL YOUNG,<br><br>        Defendant. | Case No. 2:14-cr-00323-GMN-NJK<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Monday, May 1, 2023 at 10:00 a.m., be vacated and continued to June 27, 2023 at the hour of 10:00 a.m.

DATED this  24  day of April 2023.

_____
UNITED STATES DISTRICT JUDGE

3